<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 11-1219**

_____

JOSEPH V. VEIGA, III; SUSAN M. VEIGA, on their own behalf
and on behalf of all others similarly situated; MARY
KENDALL,

            Plaintiffs - Appellees,

     v.

SUNTRUST BANK,

            Defendant – Appellee,

     v.

AARON HOLSEY,

            Movant – Appellant.

_____

Appeal from the United States District Court for the District of
Maryland, at Baltimore.   Paul W. Grimm, Magistrate Judge.
(1:09-cv-02815-PWG)

_____

Submitted:  September 30, 2011      Decided:  October 17, 2011

_____

Before SHEDD, DUNCAN, and DAVIS, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Aaron Holsey, Appellant Pro Se.  Harold G. Belkowitz, OBER,
KALER, GRIMES & SHRIVER, PC, Washington, D.C.; Diane Festino
Schmitt, OBER, KALER, GRIMES & SHRIVER, PC, Baltimore, Maryland,

for Appellees.

————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Aaron Holsey appeals the order of the magistrate judge approving the settlement of this class action lawsuit and rejecting Holsey's objection to the settlement. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the magistrate judge. <u>Veiga v. Holsey</u>, No. 1:09-cv-02815-PWG (D. Md. filed Feb. 23, 2011, entered Feb. 24, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>